In the Matter of the Final Judicial Settlement of the Accounts of MORRIS DEY, as Executor, etc., of JAY HARE, Deceased.— Order heretofore entered vacated. Decision amended to read as follows: Decree modified by striking therefrom the provision as to costs, and as so modified affirmed, with costs to the appellant. All concurred, except Cochrane, J., who dissented and voted for affirmance. (See 186 App. Div. 927.)

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM E. PHONVILLE, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Petition of ORSON E. WOLCOTT and Others, to Compel ELIZABETH WOLCOTT, as Executrix, etc., of CHARLES WOLCOTT, Deceased, to Account and to Give a Bond, and for a Construction of Part of the Will of Said Decedent. ELIZABETH WOLCOTT, Personally and as Executrix, etc., Appellant, v. ORSON E. WOLCOTT and Others, Respondents.— Decree unanimously affirmed, with costs.

In the Matter of the Application of MARY E. SHERMAN for an Accounting of and the Removal of WILLARD LESTER, as Trustee under the Last Will and Testament of BENJAMIN C. SCRIBNER, Deceased.—Sent to the Fourth Department. Lyon, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GUISEPPE DI NOTO, Respondent, for Compensation under the Workmen's Compensation Law, v. ENGEL & HEVENOR, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, on the authority of *Gilbert* v. *Des Lauriers Column Mould Co., Inc.* (180 App. Div. 59). Lyon, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARGARET GRESSERT and Others, Respondents, for Compensation under the Workmen's Compensation Law for the Death of JOHN GRESSERT, v. O. J. MOUSETTE COMPANY, INC., Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. Lyon, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ETHEL M. GIFFORD and Minor Dependents, Respondents, for Compensation under the Workmen's Compensation Law for the Death of HENRY A. GIFFORD, v. SYMINGTON MACHINE CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. Lyon, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF HANCOCK, DELAWARE COUNTY, N. Y., Relator, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK and Another, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

JACOB SAPERSTEIN, Respondent, v. THE MECHANICS AND FARMERS' SAVINGS BANK OF ALBANY, Appellant.— Motion denied.

FRANK J. THRESHER, Respondent, v. CITY OF SCHENECTADY, A. VEDDER MAGEE and FREDERICK F. PROCTOR, Appellants.— Motions denied.